UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

J.R.U.,

                  Petitioner,

      -v-

KENNETH GENALO, et al.,

             Respondents.

------------------------------------------------------------------------X

26-cv-4332 (LJL)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/28/2026

LEWIS J. LIMAN, United States District Judge:

The Court held an initial case management conference in this case yesterday, May 28, 2026.  As indicated on the record at the conference:

Respondents agree that venue is properly laid in this Court.  The parties shall meet and confer and file a letter with the Court by May 29, 2026, setting forth either a joint proposal with respect to a briefing schedule on the Petition or, in the event that the parties do not agree, their respective positions.

Petitioner has filed a motion for leave to proceed using only his initials and to redact certain identifying information including his alien registration number, his full birth date, and the full names of his family members.  *See* Dkt. No. 3.  Petitioner grounds this request in safety and privacy concerns associated with his pending asylum case and a "significant risk of retaliation by third parties" should he be removed from the country.  Dkt. No. 4 at 2, 4.  Respondents have represented that they have sufficient information regarding Petitioner's identity and that they do not oppose referring to him by his initials in this case.  The Court agrees that anonymity is appropriate for the reasons provided in Petitioner's application, and it grants Petitioner's request under the factors outlined in the Second Circuit's decision in *Sealed Plaintiff v. Sealed*

*Defendant*, 537 F.3d 185 (2d Cir. 2008).  The parties are directed to refer to Petitioner by his initials and to redact supporting documents accordingly.

The Clerk of Court is respectfully directed to close Dkt. No. 3.

SO ORDERED.

Dated: May 28, 2026
         New York, New York

_____
            LEWIS J. LIMAN
        United States District Judge

2