

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 29, 2026

**By ECF**
Hon. Lewis J. Liman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *J.R.U. v. Genalo, et al.*, No. 26 Civ. 4332 (LJL)

Dear Judge Liman:

    This Office represents the government in this habeas corpus action, in which petitioner J.R.U. ("Petitioner") challenges his detention. As instructed, ECF No. 9, the parties have conferred and propose the following briefing schedule: Respondents' opposition due on June 8; and Petitioner's response due on June 12.

    We thank the Court for its consideration of this letter.

                Respectfully submitted,

                JAY CLAYTON
                United States Attorney

    By:    */s/ Brandon Cowart*
                BRANDON H. COWART
                Assistant United States Attorney
                86 Chambers Street, Third Floor
                New York, New York 10007
                Tel.: (212) 637-2693
                E-mail: brandon.cowart@usdoj.gov
                *Attorney for Respondents*

cc: Counsel of Record (by ECF)

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

June 1, 2026