UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

J.R.U.,

                       Petitioner,

      -v-

KENNETH GENALO, et al.,

                     Respondents.

---------------------------------------------------------------------X

26-cv-4332 (LJL)

ORDER

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED:   6/3/2026

LEWIS J. LIMAN, United States District Judge:

The Court will hear argument on the petition for a writ of habeas corpus on June 17, 2026, at 10:00 AM in Courtroom 15C of the 500 Pearl Street Courthouse.  By June 9, 2026, Petitioner's counsel shall file a letter on the docket indicating whether Petitioner wishes to be produced for the hearing.

    SO ORDERED.

Dated: June 3, 2026
      New York, New York

                                 LEWIS J. LIMAN
                        United States District Judge