**THE LEGAL AID SOCIETY**

Immigration Law Unit
49 Thomas St. 5th Floor
New York, NY 10013
www.legal-aid.org

Twyla Carter
Attorney-in-Chief
Chief Executive Officer

Adriene L. Holder
Attorney-in-Charge
Civil Practice

Deborah Lee
Attorney-in-Charge
Immigration Law Unit

June 9, 2026

**BY ECF**
Hon. Lewis J. Liman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *J.R.U. v. Genalo, et al.*, No. 1:26-cv-4332

Dear Judge Liman:

The Legal Aid Society represents Petitioner J.R.U. in the above-captioned habeas matter. I write to respond to the Court's June 3, 2026 order regarding the scheduling of oral argument on June 17, 2026, at 10:00 AM. *See* Dkt. No. 12. Specifically, in its order, the Court directed J.R.U. to file a letter with the Court indicating whether he wishes to be present in person for oral argument. *Id*.

Petitioner does wish to be present in person for argument in these proceedings. Accordingly, we respectfully request that the Court direct Respondents to produce J.R.U. on that date.

We thank the Court for its consideration of this submission.

Respectfully submitted,

*/s/ Perry Hall McAninch*
Perry Hall McAninch
Sayoni Matira
THE LEGAL AID SOCIETY
Immigration Law Unit
49 Thomas Street, Fifth Floor
New York, NY 10013
T: (929) 219-6697
F: (646) 304-0876
pmcaninch@legal-aid.org

*Counsel for Petitioner*

Respondents are hereby ordered to produce Petitioner for the hearing on June 17, 2026, at 10:00 AM.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge
June 9, 2026

cc: Assistant U.S. Attorney Brandon Cowart (by ECF)
*Counsel for Respondents*