# THE LEGAL AID SOCIETY

Immigration Law Unit
49 Thomas St. 5th Floor
New York, NY 10013
www.legal-aid.org

Twyla Carter
Attorney-in-Chief
Chief Executive Officer

Adriene L. Holder
Attorney-in-Charge
Civil Practice

Deborah Lee
Attorney-in-Charge
Immigration Law Unit

June 30, 2026

**BY ECF**
Hon. Lewis J. Liman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:    *J.R.U. v. Genalo, et al.*, No. 1:26-cv-4332

Dear Judge Liman:

Undersigned counsel represents Petitioner J.R.U. in the matter referenced above. On June 29, 2026, this Court granted Petitioner's request for a hearing, at which the Government will bear the burden to justify his detention by clear and convincing evidence that Petitioner is a risk of flight or danger to the community and the Court will consider alternatives to detention in assessing both flight risk and future dangerousness as well as Petitioner's ability to pay. Opinion & Order, Dkt. No. 23, at 42. The Court further directed the parties to meet and confer regarding evidence to be presented at the hearing and to appear telephonically for a prehearing conference on July 6, 2026. *Id.*

Petitioner respectfully requests an adjournment of the July 6, 2026 prehearing conference and the July 13, 2026 conference, with the consent of Respondents. Lead counsel for Petitioner, Perry McAninch, is currently out of the country on pre-scheduled leave from June 23, 2026 through July 12, 2026. Attorney McAninch's co-counsel, Sayoni Maitra, also has pre-scheduled time out of the office from July 1-7, 2026. Attorney Maitra communicated via email with Respondent's counsel, who is also currently out of the office through July 7, 2026 and consents to this request for an adjournment.

Petitioner's counsel proposes adjourning the prehearing conference until July 15, 2026, to allow time for the parties' counsel to meet and confer after returning to the office, and rescheduling the hearing to July 20, 2026 or the earliest possible date thereafter.

We thank the Court for its consideration of this submission.

Respectfully submitted,

/s/ *Sayoni Maitra*
Sayoni Maitra
Perry Hall McAninch
THE LEGAL AID SOCIETY
Immigration Law Unit
49 Thomas St., 5th Floor
New York, NY 10013
Tel: (929) 656-1667
smaitra@legal-aid.org

*Counsel for Petitioner*

cc:    Assistant U.S. Attorney Brandon Cowart (by ECF)
       *Counsel for Respondents*

The request to adjourn is GRANTED.  The Court will hold a pre-hearing conference on July 17 at 10:00 a.m., and the hearing on July 21 at 2:00 p.m.  The parties are additionally instructed to meet and confer with respect to whether they can agree upon a bail package.
Date: July 1, 2026

SO ORDERED.

LEWIS J. LIMAN
United States District Judge