UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

J.R.U.,

                Petitioner,

    -v-

KENNETH GENALO, et al.,

                Respondents.

-------------------------------------------------------------------X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 07/17/2026 |

26-cv-4332 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court held a conference in this matter on July 17, 2026. This order memorializes the Court's oral rulings.

The hearing on July 21 at 2:00 p.m. will be limited to the issue of risk of flight, as Respondents have conceded that danger to the community is not at issue. Both parties shall submit any documents they intend to rely upon at the hearing to the Court by e-mail to the chambers email box by 5:00 p.m. on Monday, July 20. The parties shall also file a letter on the docket listing the evidence submitted to the Court for consideration.

Respondents are hereby ordered to produce Petitioner for the hearing on July 21 at 2:00 p.m.

SO ORDERED.

Dated: July 17, 2026
     New York, New York

_____
             LEWIS J. LIMAN
        United States District Judge