**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 20, 2026

**By ECF**
Hon. Lewis J. Liman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *J.R.U. v. Genalo, et al.*, No. 26 Civ. 4332 (LJL)

Dear Judge Liman:

This Office represents the government in this habeas corpus action, in which petitioner J.R.U. ("Petitioner") challenges his detention. On behalf of all parties, I write respectfully to request that the bond hearing currently scheduled for tomorrow be adjourned. The parties have reached agreement in principle on conditions for Petitioner's release and are in the process of memorializing the terms.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: */s/ Brandon Cowart*
BRANDON H. COWART
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2693
E-mail: brandon.cowart@usdoj.gov
*Attorney for Respondents*

The request is GRANTED. The bond hearing scheduled for July 21, 2026 is adjourned. The parties are ordered to submit a status letter by 5:00 p.m. July 22, 2026.
July 20, 2026

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

cc: Counsel of Record (by ECF)