UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J.R.U.,

Petitioner,

v.

Kenneth GENALO, Director, New York Field Office, Immigration and Customs Enforcement, et al.,

Respondents.

No. 26 Civ. 4332 (LJL)

**STIPULATION AND ORDER OF DISMISSAL**

WHEREAS, petitioner J.R.U. ("Petitioner") filed this habeas action on May 23, 2026, challenging his detention by U.S. Immigration and Customs Enforcement ("ICE") (Dkt. No. 1);

WHEREAS, the Court granted the habeas petition by order dated July 17, 2026 (Dkt. No. 26); and,

WHEREAS, Petitioner and Respondents have negotiated conditions under which Petitioner would be released from custody;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, pursuant to Federal Rules of Civil Procedure 41(a)(2), as follows:

1. This action is dismissed with prejudice;

2. Petitioner is released from custody on the following conditions:

   a. That Petitioner post bond in the amount of $10,000.00;

   b. That Petitioner not commit any crimes while released under the terms of this Stipulation and Order of Discontinuance (the "Stipulation and Order"); and,

   c. That Petitioner will be subject to electronic monitoring.

3. This Stipulation and Order may be executed in counterparts; a reproduced signature shall have the same force and effect as an original signature; and a facsimile or electronic copy of the Stipulation and Order shall have the same force and effect as an original.

4. The undersigned parties understand and agree that this Stipulation and Order contains the entire agreement between them, and that no statements, representations, promises, agreements or negotiations, oral or otherwise, between the undersigned parties or their counsel that are not included herein shall be of any force or effect.

5. The Court retains jurisdiction to enforce the terms of this Stipulation and Order.

Dated: New York, New York
July 24, 2026

THE LEGAL AID SOCIETY

By: ______________________
PERRY HALL MCANINCH
49 Thomas Street, Fifth Floor
New York, New York 10013
Telephone: (929) 219-6697
E-mail: pmcaninch@legal-aid.org
*Attorney for Petitioner*

Dated: New York, New York
July 24, 2026

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: ______________________
BRANDON H. COWART
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (917) 484-0324
E-mail: brandon.cowart@usdoj.gov
*Attorney for Respondents*

The parties shall inform the Court by letter posted to ECF when the Petitioner is released.
Date: July 27, 2026

SO ORDERED:

______________________
LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE